| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | NO. 1:19-CR-36-MAC |
| RENEE LYNN BENTLEY, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because she is able to understand the nature and consequences of the proceedings against her, and able to assist her attorney in her defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Renee Lynn Bentley, is competent. The speedy trial time shall be excluded from July 15, 2019, until the date of this order.

SIGNED at Beaumont, Texas, this 30th day of October, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE